# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

DAMIEN COLEMAN,

                    Petitioner,

v.

KATHY MENDOZA-POWERS,

                    Respondent.

_____/

1:07-cv-00911-LJO-SMS (HC)

**ORDER AUTHORIZING
IN FORMA PAUPERIS STATUS**

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.  The petition will be screened in due course.

IT IS SO ORDERED.

**Dated:    July 2, 2007**                          /s/ Sandra M. Snyder
                                                          UNITED STATES MAGISTRATE JUDGE